

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

Nicole Ramser

                 **Plaintiff,**

V.

University of San Diego, a California corporation; Does 1 through 20; Ricky Laielli

                 **Defendant.**

Civil Action No. 15-cv-2018-CAB-DHB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff's motion for a judgment amount against Laielli is Granted. It is hereby Ordered that Judgment is entered in favor of Plaintiff Nicole Ramser and against Defendant Ricky Laielli in the amount of $1,659,950.75. The Clerk of Court is instructed to Close this case.

Date: 9/20/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez

                                                                          J. Gutierrez, Deputy